## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BOBBY DIRICKSON,

    Plaintiff,

v.                                        No. CV 21-1152 KRS/CG

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO, et al.,

    Defendants.

### ORDER RESETTING RULE 16 SCHEDULING CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled Rule 16 Scheduling Conference set for **Wednesday, June 8, 2022, at 10:30 a.m.,** is **RESET** for **Tuesday, June 14, 2022, at 10:30 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE